**Order filed March 1, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00971-CR

———————

**MOHAMMED RIZWAN RAHMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No 1
Fort Bend County, Texas
Trial Court Cause No. 16-CCR-187232A**

## ORDER

On October 24, 2017, we ordered the Fort Bend County Clerk to file a supplemental clerk's record by January 16, 2018. The record was not filed, so we issued a second order on January 30, 2018, ordering the clerk to file the record by February 9, 2018. The record has still not been filed.

We order the Fort Bend County Clerk to file the past-due supplemental record by **March 12, 2018**, containing the following two documents:

1. Order on Application for Pre-Trial Writ of Habeas Corpus, signed October 23, 2017; and

2. Notice of appeal, filed December 5, 2017

If any omitted item is not part of the case file, the county clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

**The supplemental clerk's record is due by March 12, 2018.**

PER CURIAM